

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-13-00002-CR

JOSE MANUEL RAMOS, APPELLANT

V.

THE STATE OF TEXAS, APPELLEE

On Appeal from the 64th District Court
Hale County, Texas
Trial Court No. A19183-1207, Honorable Robert W. Kinkaid Jr., Presiding

August 23, 2013

## ON MOTION TO DISMISS

Before CAMPBELL and HANCOCK and PIRTLE, JJ.

Pending before the court is the motion of appellant Jose Manuel Ramos to dismiss his appeal. Appellant and his attorney have both signed the motion. Tex. R. App. P. 42.2(a). No decision of this court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith.

James T. Campbell
Justice

Do not publish.